958

No. 862, Misc. CURTIS *v.* BENNETT, WARDEN, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 863, Misc. CALI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *John M. Hall* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 870, Misc. THOMPSON *v.* NORFOLK & WESTERN RAILWAY Co. Sup. Ct. App. Va. Certiorari denied. *Louis B. Fine* and *Howard I. Legum* for petitioner.

No. 880, Misc. STEBBINS *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 898, Misc. GILES *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 903, Misc. HIPP *v.* BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 905, Misc. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 913, Misc. BAKER *v.* LANE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 915, Misc. ARDELEAN *v.* RUAN TRANSPORT Co. OF LEMONT, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *William H. Clark* for respondents.